JULIUS HERMAN, INC., Appellant, *v.* NATIONAL TITLE GUARANTY COMPANY, Respondent.

(Argued April 25, 1929; decided May 28, 1929.)

*Harold R. Medina, Franklin F. Russell* and *William Gilbert* for appellant.

*Meier Steinbrink* and *Harold M. Kennedy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.